[No. 18257-2-II.    Division Two.    May 10, 1996.]

SUSAN ELDRIDGE, *Respondent*, v. WATER STREET
CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 94-2-00113-1, Kenneth D. Williams, J., entered May 20, 1994. *Affirmed* by unpublished opinion per Conoley, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18316-1-II.    Division Two.    May 10, 1996.]

NANCY J. HUNTER, ET AL., *Respondents*, v. OPTIONS
UNLIMITED INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-11466-1, Rosanne Buckner, J., entered May 4, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18336-6-II.    Division Two.    May 10, 1996.]

PETE PAPAC, *Appellant*, v. MICHELLE K. EATON,
*Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-2-00362-3, David E. Foscue, J., entered June 13, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18431-1-II.    Division Two.    May 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
JOHNSON MCKENZIE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-00880-5, Waldo F. Stone, J., entered June 29, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.